Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
      Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MOCZARNY, MIROSLAW § | Case No. 15-36991 |
|       MOCZARNY, MAJA § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2015.  The undersigned trustee was appointed on October 30, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of      $      6,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 5,910.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/26/2016 and the deadline for filing governmental claims was 04/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $12.18, for total expenses of $12.18.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2017     By: /s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
MOCZARNY, MAJA  
**Period Ending:** 01/31/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 7516 Thomas, Bridgeview, Illinois 60455, single-<br>Orig. Description: 7516 Thomas, Bridgeview, Illinois 60455, single-family home; Imported from original petition Doc# 1; Exemption: 7516 Thomas Bridgeview, Illinois 60455 single-family home  - Amount: 30000.00; Lien: Opened 4/01/08 Last Active 11/01/12 Second Mortgage<br>7516 Thomas<br>single-family home<br>Value $ Bridgeview, Illinois 60455<br>158000  - Amount: 49080.00; Lien: Opened 8/01/05 Last Active 10/29/12<br>First Mortgage<br>7516 Thomas<br>single-family home<br>Value $ Bridgeview, Illinois 60455<br>158000  - Amount: 183770.00 | 158,000.00 | 0.00 | | 0.00 | FA |
| 2 | PNC Bank Checking Acct ending in 2456<br>Orig. Description: PNC Bank Checking Acct ending in 2456; Imported from original petition Doc# 1 (See Footnote) | 500.00 | 1.00 | | 0.00 | FA |
| 3 | Duplicate asset to asset 4<br>Orig. Description: Typical; Imported from original petition Doc# 1; Exemption: Typical  - Amount: 750.00 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Typical Clothing<br>Orig. Description: Typical Clothing; Imported from original petition Doc# 1; Exemption: Typical Clothing Western  Southern Life<br>215 ILCS 5/238                                  2,000.00<br>2,000.00 2 life insurance policies each of $100,000 policy benefit  - Amount: 750.00 | 750.00 | 0.00 | | 0.00 | FA |
| 5 | Western Southern Life 2 life insurance policies<br>Orig. Description: Western Southern Life 2 life insurance policies each of $100,000 policy benefit; Imported from original petition Doc# 1 | 2,000.00 | 1.00 | | 0.00 | FA |
| 6 | KURC Painting, Inc. Sole shareholder Tools of th | 2,250.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
MOCZARNY, MAJA  
**Period Ending:** 01/31/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: KURC Painting, Inc. Sole shareholder Tools of the Trade - $750 PNC Checking Acct ending in 8772 - balance of $2500 (approximately $1000 client funds for current project); Imported from original petition Doc# 1; Exemption: KURC Painting, Inc. Sole shareholder Tools of the Trade - $750 PNC Checking Acct ending in 8772 - balance of $2500 (approximately $1000 client funds for current project) - Amount: 1500.00 | | | | | |
| 7   2010 Toyota Highlander 41,400<br>   Orig. Description: 2010 Toyota Highlander 41,400; Imported from original petition Doc# 1; Exemption: 2010 Toyota Highlander - Amount: 4800.00; Lien: Opened 11/01/10 Last Active 9/17/15<br>2010 Toyota Highlander<br>41400<br>Value $ 12000 - Amount: 1291.00 (See Footnote) | 15,000.00 | 5,909.00 | | 6,000.00 | FA |
| 8   1998 GMC Safari 260,000 miles very poor conditio<br>   Orig. Description: 1998 GMC Safari 260,000 miles very poor condition; Imported from original petition Doc# 1; Exemption: 1998 GMC Safari 260,000 miles very poor condition - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 8   Assets   Totals (Excluding unknown values) | **$179,000.00** | **$5,911.00** | | **$6,000.00** | **$0.00** |

RE PROP# 2     Amended schedule B  
RE PROP# 7     Amended schedule B

**Major Activities Affecting Case Closing:**

    2/25/16- Order entered authorizing sale of toyota highlander equity to debtor for $6000  
    Trustee colllecting 1000 monthly installments

Printed: 01/31/2017 04:51 PM     V.13.28

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
MOCZARNY, MAJA  
**Period Ending:** 01/31/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 31, 2017  **Current Projected Date Of Final Report (TFR):** January 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
 MOCZARNY, MAJA  
**Taxpayer ID #:** **-***1254  
**Period Ending:** 01/31/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/16 | {7} | Maja & Miroslaw Moczarny | lrst installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 04/15/16 | {7} | Maja & Miroslaw Moczarny | 2nd installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 1,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 05/09/16 | {7} | Maja & Miroslaw Moczarny | 3rd installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 2,980.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 06/14/16 | {7} | Maja & Miroslaw Moczarny | 4th installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 3,970.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 07/12/16 | {7} | Maja & Miroslaw Moczarny | 5th installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 4,960.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 08/16/16 | {7} | Maja & Miroslaw Moczarny | Final installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 5,950.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,930.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,920.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,910.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 90.00 | $5,910.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 90.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,000.00 | $90.00 | |

Net Receipts : 6,000.00  
Net Estate : $6,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8366** | 6,000.00 | 90.00 | 5,910.00 |
| | $6,000.00 | $90.00 | $5,910.00 |

{} Asset reference(s)

Printed: 01/31/2017 04:51 PM  V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 26, 2016

**Case Number:** 15-36991  
**Debtor Name:** MOCZARNY, MIROSLAW

Page: 1

**Date:** January 31, 2017  
**Time:** 04:51:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $12.18 | $0.00 | 12.18 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,350.00 | $0.00 | 1,350.00 |
| NOTFILED 100 | Harris N.A. BMO Harris Bank-Bankruptcy Dept<br>770 N. Water Street<br>Milwaukee, WI 53202 | Secured | XXXXXX3264 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Specialized Loan Servi<br>Attn: Bankruptcy<br>8742 Lucent Blvd. Suite 300<br>Highlands Ranch, CO 80129 | Secured | XXXXXX7006 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Toyota Motor Credit Co Toyota Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Secured | XXXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| 1 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXXXXXXXXXX4587 | $3,253.83 | $0.00 | 3,253.83 |
| 2 610 | Portfolio Recovery Associates, LLC Successor to<br>CAPITAL ONE BANK (USA), N.A.,POB 41067<br>Norfolk, VA 23541 | Unsecured | XXXXXXXXXXXXXX9920 | $1,003.12 | $0.00 | 1,003.12 |
| 3 610 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (THE ROOMPLACE),POB 41067<br>Norfolk, VA 23541 | Unsecured | XXXXXXXXXXXXXX6045 | $949.07 | $0.00 | 949.07 |
| 4 610 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (VICTORIAS SECRET),POB 41067<br>Norfolk, VA 23541 | Unsecured | XXXXX XXXXXXXX5319 | $2,520.36 | $0.00 | 2,520.36 |
| 5 610 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (CARE CREDIT),POB 41067<br>Norfolk, VA 23541 | Unsecured | XX XXXXXXXXXXXX7377 | $1,111.98 | $0.00 | 1,111.98 |
| 6 610 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (THE HOME DEPOT),POB 41067<br>Norfolk, VA 23541 | Unsecured | XXXXXXXXXXXXXX2231 | $3,492.05 | $0.00 | 3,492.05 |
| NOTFILED 610 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St. 2nd Floor<br>Denver, CO 80237 | Unsecured | XXXXXXXX8297 | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 26, 2016

**Case Number:** 15-36991　　　　　　　　　　　　　　　　Page: 2　　　　　　　　　　　　**Date:** January 31, 2017
**Debtor Name:** MOCZARNY, MIROSLAW　　　　　　　　　　　　　　　　　　　　　　　　　**Time:** 04:51:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX9067 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX4298 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/ Old Navy<br>Attention: GEMB<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXXX1272 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 13,692.59 | 0.00 | 13,692.59 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 15-36991
Case Name: MOCZARNY, MIROSLAW
Trustee Name: Ira Bodenstein

**Balance on hand:**                   $    5,910.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,910.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - Ira Bodenstein | 12.18 | 0.00 | 12.18 |

Total to be paid for chapter 7 administration expenses:   $   1,362.18
Remaining balance:   $   4,547.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   4,547.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   4,547.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 12,330.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,253.83 | 0.00 | 1,200.11 |
| 2 | Portfolio Recovery Associates, LLC | 1,003.12 | 0.00 | 369.98 |
| 3 | Portfolio Recovery Associates, LLC | 949.07 | 0.00 | 350.05 |
| 4 | Portfolio Recovery Associates, LLC | 2,520.36 | 0.00 | 929.58 |
| 5 | Portfolio Recovery Associates, LLC | 1,111.98 | 0.00 | 410.13 |
| 6 | Portfolio Recovery Associates, LLC | 3,492.05 | 0.00 | 1,287.97 |

Total to be paid for timely general unsecured claims:   $   4,547.82
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**