UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**MIROSLAW MOCZARNY,**<br><br>Debtor. | Chapter 7<br><br>Case No. 15-36991<br>Hon. Pamela S. Hollis<br><br>Hearing Date:  March 2, 2017<br>Hearing Time:  10:30 a.m. |

## NOTICE OF FINAL APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE** that on **March 2, 2017 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, or any other judge sitting in her place or stead in Courtroom 644, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the following: **Trustee's Final Application For Compensation,** a copy of which is available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

February 3, 2017

/s/ Ira Bodenstein

Prepared By:

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 666-2861
ibodenstein@shawfishman.com

{11576-001 MOT A0459990.DOC}