# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MOCZARNY, MIROSLAW § Case No. 15-36991
MOCZARNY, MAJA §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $164,000.00           Assets Exempt: $37,550.00
(without deducting any secured claims)

Total Distribution to Claimants: $4,547.82   Claims Discharged
                                             Without Payment: $14,932.59

Total Expenses of Administration: $1,452.18
```

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $234,141.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,452.18 | 1,452.18 | 1,452.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,537.00 | 12,330.41 | 12,330.41 | 4,547.82 |
| **TOTAL DISBURSEMENTS** | $253,678.00 | $13,782.59 | $13,782.59 | $6,000.00 |

4) This case was originally filed under Chapter 7 on October 30, 2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2017          By: /s/Ira Bodenstein
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Toyota Highlander 41,400 | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.A. BMO Harris Bank-Bankruptcy Dept | 4110-000 | 49,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Co Toyota Financial Services | 4110-000 | 1,291.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialized Loan Servi | 4110-000 | 183,770.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$234,141.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 12.18 | 12.18 | 12.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,452.18** | **$1,452.18** | **$1,452.18** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 3,253.00 | 3,253.83 | 3,253.83 | 1,200.11 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 1,003.00 | 1,003.12 | 1,003.12 | 369.98 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 953.00 | 949.07 | 949.07 | 350.05 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 2,574.00 | 2,520.36 | 2,520.36 | 929.58 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,112.00 | 1,111.98 | 1,111.98 | 410.13 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 3,492.00 | 3,492.05 | 3,492.05 | 1,287.97 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Synchrony Bank/ Old Navy | 7100-000 | 344.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Card Services | 7100-000 | 2,473.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 555.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 3,778.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$19,537.00** | **$12,330.41** | **$12,330.41** | **$4,547.82** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
   MOCZARNY, MAJA  
**Period Ending:** 05/19/17

**Trustee:**   (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7516 Thomas, Bridgeview, Illinois 60455, single-<br>  Orig. Description: 7516 Thomas, Bridgeview, Illinois 60455, single-family home; Imported from original petition Doc# 1; Exemption: 7516 Thomas Bridgeview, Illinois 60455 single-family home  -  Amount: 30000.00; Lien: Opened 4/01/08 Last Active 11/01/12 Second Mortgage<br>7516 Thomas<br>single-family home<br>Value $ Bridgeview, Illinois 60455<br>158000  -  Amount: 49080.00; Lien: Opened 8/01/05 Last Active 10/29/12<br>First Mortgage<br>7516 Thomas<br>single-family home<br>Value $ Bridgeview, Illinois 60455<br>158000  -  Amount: 183770.00 | 158,000.00 | 0.00 | | 0.00 | FA |
| 2 | PNC Bank Checking Acct ending in 2456<br>  Orig. Description: PNC Bank Checking Acct ending in 2456; Imported from original petition Doc# 1  (See Footnote) | 500.00 | 1.00 | | 0.00 | FA |
| 3 | Duplicate asset to asset 4<br>  Orig. Description: Typical; Imported from original petition Doc# 1; Exemption: Typical  -  Amount: 750.00 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Typical Clothing<br>  Orig. Description: Typical Clothing; Imported from original petition Doc# 1; Exemption: Typical Clothing Western  Southern Life<br>215 ILCS 5/238                                2,000.00<br>2,000.00 2 life insurance policies each of $100,000 policy benefit  -  Amount: 750.00 | 750.00 | 0.00 | | 0.00 | FA |
| 5 | Western Southern Life 2 life insurance policies<br>  Orig. Description: Western Southern Life 2 life insurance policies each of $100,000 policy benefit; Imported from original petition Doc# 1 | 2,000.00 | 1.00 | | 0.00 | FA |
| 6 | KURC Painting, Inc. Sole shareholder Tools of th | 2,250.00 | 0.00 | | 0.00 | FA |

Printed: 05/19/2017 10:34 AM   V.13.30

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
MOCZARNY, MAJA  
**Period Ending:** 05/19/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | Orig. Description: KURC Painting, Inc. Sole shareholder Tools of the Trade - $750 PNC Checking Acct ending in 8772 - balance of $2500 (approximately $1000 client funds for current project); Imported from original petition Doc# 1; Exemption: KURC Painting, Inc. Sole shareholder Tools of the Trade - $750 PNC Checking Acct ending in 8772 - balance of $2500 (approximately $1000 client funds for current project)  -  Amount: 1500.00 |  |  |  |  |
| 7 | 2010 Toyota Highlander 41,400<br>   Orig. Description: 2010 Toyota Highlander 41,400; Imported from original petition Doc# 1; Exemption: 2010 Toyota Highlander  -  Amount: 4800.00; Lien: Opened 11/01/10 Last Active 9/17/15<br>2010 Toyota Highlander<br>41400<br>Value $ 12000  -  Amount: 1291.00  (See Footnote) | 15,000.00 | 5,909.00 |  | 6,000.00 | FA |
| 8 | 1998 GMC Safari 260,000 miles very poor conditio<br>   Orig. Description: 1998 GMC Safari 260,000 miles very poor condition; Imported from original petition Doc# 1; Exemption: 1998 GMC Safari 260,000 miles very poor condition  -  Amount: 500.00 | 500.00 | 0.00 |  | 0.00 | FA |
| 8 Assets | **Totals** (Excluding unknown values) | **$179,000.00** | **$5,911.00** |  | **$6,000.00** | **$0.00** |

RE PROP# 2  Amended schedule B  
RE PROP# 7  Amended schedule B

**Major Activities Affecting Case Closing:**

    3/31/2017- prepare TDR  
    2/25/16- Order entered authorizing sale of toyota highlander equity to debtor for $6000  
    Trustee colllecting 1000 monthly installments

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 15-36991  
**Case Name:** MOCZARNY, MIROSLAW  
MOCZARNY, MAJA  
**Period Ending:** 05/19/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/30/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 04/26/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 31, 2017     **Current Projected Date Of Final Report (TFR):** February 2, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-36991 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | MOCZARNY, MIROSLAW | | Bank Name: | Rabobank, N.A. |
| | MOCZARNY, MAJA | | Account: | ******8366 - Checking Account |
| Taxpayer ID #: | **-***1254 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/19/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/16 | {7} | Maja & Miroslaw Moczarny | lrst installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 04/15/16 | {7} | Maja & Miroslaw Moczarny | 2nd installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 1,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,980.00 |
| 05/09/16 | {7} | Maja & Miroslaw Moczarny | 3rd installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 2,980.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 06/14/16 | {7} | Maja & Miroslaw Moczarny | 4th installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 3,970.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,960.00 |
| 07/12/16 | {7} | Maja & Miroslaw Moczarny | 5th installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 4,960.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 08/16/16 | {7} | Maja & Miroslaw Moczarny | Final installment sale of equity in Toyota Highlander Dkt # 19 | 1129-000 | 1,000.00 | | 5,950.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,930.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,920.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,910.00 |
| 03/06/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $12.18, Trustee Expenses; Reference: | 2200-000 | | 12.18 | 5,897.82 |
| 03/06/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,350.00, Trustee Compensation; Reference: | 2100-000 | | 1,350.00 | 4,547.82 |
| 03/06/17 | 103 | Capital One Bank (USA), N.A. | Dividend paid 36.88% on $3,253.83; Claim# 1; Filed: $3,253.83; Reference: XXXXXXXXXXXX4587 | 7100-000 | | 1,200.11 | 3,347.71 |
| 03/06/17 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 36.88% on $1,003.12; Claim# 2; Filed: $1,003.12; Reference: XXXXXXXXXXXXXXX9920 | 7100-000 | | 369.98 | 2,977.73 |
| 03/06/17 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 36.88% on $949.07; Claim# 3; Filed: $949.07; Reference: XXXXXXXXXXXXXX6045 | 7100-000 | | 350.05 | 2,627.68 |
| 03/06/17 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 36.88% on $2,520.36; Claim# 4; Filed: $2,520.36; Reference: XXXXX XXXXXXXX5319 | 7100-000 | | 929.58 | 1,698.10 |
| 03/06/17 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 36.88% on $1,111.98; Claim# 5; | 7100-000 | | 410.13 | 1,287.97 |

Subtotals :   $6,000.00   $4,712.03

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-36991 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | MOCZARNY, MIROSLAW | | **Bank Name:** | Rabobank, N.A. |
| | MOCZARNY, MAJA | | **Account:** | ******8366 - Checking Account |
| **Taxpayer ID #:** | **-***1254 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,111.98; Reference: XX XXXXXXXXXXXX7377 | | | | |
| 03/06/17 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 36.88% on $3,492.05; Claim# 6; Filed: $3,492.05; Reference: XXXXXXXXXXXXXX2231 | 7100-000 | | 1,287.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

Net Receipts : 6,000.00
Net Estate : $6,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8366** | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)